IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA : No. 2:14-cr-165
JUDGE MARBLEY

v.

WESLEY R. PUCKETT

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES

COUNT 1
18 U.S.C. §2252(a)(2)

1. ELEMENTS:

First: Between on or about June 20, 2014, as alleged in the Information, the defendant knowingly transported visual depictions of child pornography;

Second: The production of each such visual depiction involved the use of a minor engaged in sexually explicit conduct, and the depiction was of such conduct;

Third: The defendant knew both that the depictions in question involved the use of a minor engaged in sexually explicit conduct, and that the visual depiction was of such conduct; and

Fourth: That such conduct occurred in whole or in part at or about the time alleged in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: Five (5) years imprisonment.

B. Possible Maximum: Twenty (20) years imprisonment; a fine of $250,000; a minimum of five (5) years supervised release to a maximum term of life, and $100 special assessment.

FORFEITURE
18 U.S.C. § 2253(a)1() and (3)

The defendant shall forfeit all right, title and interest he has in one (1) Samsung cell phone model number SCH-1535, serial number SCH1535MBB

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Michael J. Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Michael.Hunter @usdoj.gov